United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Ilyas Arslan, et al., | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| v. | § | Civil Action No. H-26-5231 |
| | § | |
| Markwayne Mullins, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

On November 10, 2026, Plaintiffs, Ilyas Arslan, Nermin Arslan, Nusret Arslan and Ihsan Arslan, filed a Notice of Voluntary Dismissal (docket no. 11) stipulating to the voluntary dismissal of this action as moot against all named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 10th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE